✎AO 245E     (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
              Sheet 1

# UNITED STATES DISTRICT COURT

_____WESTERN_____ District of _____ARKANSAS_____

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For Organizational Defendants) |
| **MARTINEZ AUTO SALES, LLC** | CASE NUMBER:    **4:13CR40027-001** |
| | David C. Graham, Jr. |
| | Defendant Organization's Attorney |

**THE DEFENDANT ORGANIZATION:**

X   pleaded guilty to count(s)   One (1) of an Information on November 8, 2013.

☐   pleaded nolo contendere to count(s) _____
     which was accepted by the court.

☐   was found guilty on count(s) _____
     after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 31 U.S.C. § 5324(a)(3) | Structuring Currency Transactions to Avoid Reporting Requirements (Class D Felony) | 4/2/2012 | 1 |

     The defendant organization is sentenced as provided in pages 2 through     5     of this judgment.

☐   The defendant organization has been found not guilty on count(s) _____

☐   Count(s) _____    ☐ is    ☐ are   dismissed on the motion of the United States.

       It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No   **-***3928            April 17, 2014
                                                 Date of Imposition of Judgment

Defendant Organization's Principal Business Address:

302 E. 3rd Street                                /S/ Susan O. Hickey
                                                 Signature of Judg

Hope, AR 71801

                                                 Honorable Susan O. Hickey, United States District Judge
                                                 Name and Title of Judge

                                                 April 23, 2014
                                                 Date

Defendant Organization's Mailing Address:

1767 Highway 70 West
De Queen, AR 71832

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
        Sheet 2 — Probation

Judgment—Page __2__ of __5__

DEFENDANT ORGANIZATION: **MARTINEZ AUTO SALES, LLC**
CASE NUMBER: 4:13CR40027-001

## PROBATION

The defendant organization is hereby sentenced to probation for a term of :   **Three (3) Years**

The defendant organization shall not commit another federal, state or local crime.

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page (if indicated below).

See additional conditions on attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

AO 245E     (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
                Sheet 2A — Probation

---

Judgment—Page 3 of 5

DEFENDANT ORGANIZATION: **MARTINEZ AUTO SALES, LLC**
CASE NUMBER: 4:13CR40027-001

# ADDITIONAL PROBATION TERMS

1. The organization shall permit the probation officer to visit any and all business locations and shall submit to regular or unannounced examinations of financial records as directed by the probation officer.

2. The organization shall maintain an effective prevention and detection program during the period of probation, and shall disclose the details of the program to the probation officer upon request.

3. The organization shall answer inquiries by the probation officer and promptly notify the probation officer of any change in business location.

4. The organization shall promptly notify the probation officer of any material change in economic circumstances.

5. The organization shall disclose financial information at the request of the probation officer, including, but not limited to, loans, lines of credit, and tax returns. No new lines of credit shall be established without the permission of the probation officer until all criminal penalties have been satisfied.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
      Sheet 3 — Criminal Monetary Penalties

Judgment — Page __4__ of __5__

DEFENDANT ORGANIZATION: **MARTINEZ AUTO SALES, LLC**
CASE NUMBER: 4:13CR40027-001

## CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 400.00 | $ 10,000.00 * | $ -0- |

**\*Fine to be offset by $650 paid by Virgilio Martinez in 4:13CR40032-001 in accordance with USSG § 8C3.4.**

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| **TOTALS** | $ | $ | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

X   The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

   X   the interest requirement is waived for the   X  fine   ☐ restitution.

   ☐   the interest requirement for the   ☐  fine   ☐ restitution is modified as follows:

\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245E  (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
         Sheet 4 — Schedule of Payments

Judgment — Page  5  of  5

DEFENDANT ORGANIZATION: **MARTINEZ AUTO SALES, LLC**
CASE NUMBER: 4:13CR40027-001

# SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**  X  Lump sum payment of $ __10,400.00*__  due immediately, balance due
**\*This amount to be paid in addition to the forfeiture amount of $15,132.99 described below.**
          ☐ not later than _____ , or
          X  in accordance with  ☐ C or  X  D below; or

**B**  ☐  Payment to begin immediately (may be combined with  ☐ C or  ☐ D below); or

**C**  ☐  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  X  Special instructions regarding the payment of criminal monetary penalties:

   If not paid immediately, any unpaid financial penalty imposed shall become a special condition of probation and may be paid in monthly installments of not less than $100.00 per month, or 10% of the defendant's quarterly earnings, whichever is greater, with the entire balance to be paid in full one month prior to the termination of probation.

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

   Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant organization shall pay the cost of prosecution.

☐  The defendant organization shall pay the following court cost(s):

X  The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:
   **United States currency in the amount of $80,000.00.  The defendant has paid a total of $64,867.01 towards this balance and is ordered to pay the remaining balance of $15,132.99 on or before June 1, 2014.  If the defendant has not paid the balance by that date, then the defendant must provide a listing of all assets in which it has an interest valued in excess of $5,000.00 to the United States Attorney's Office for the Western District of Arkansas.**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.