IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 4:13CR40027-001 |
| ) | |
| MARTINEZ AUTO SALES, LLC ) | |

### SATISFACTION OF MONEY JUDGMENT
### AND
### ORDER OF FORFEITURE

On November 8, 2013, the Defendant, Martinez Auto Sales, LLC, pleaded guilty to an Information charging it with Structuring Currency Transactions to Avoid Reporting Requirements, in violation of 31 U.S.C. § 5324.

On December 12, 2013, this Court entered a Money Judgment against the Defendant in the amount of $80,000.00. That sum represented the property involved in the offense described in the Information.

Also on December 12, 2013, this Court entered a Consent Order in a parallel civil proceeding, United States of America v. $44,867.01 in United States Currency, Civil No. 12-4150. The Parties stipulated in the Plea Agreement that the forfeited funds in the civil case should be credited toward the satisfaction of the Money Judgment. Pursuant to the entry of that Order, this Court finds that the Money Judgment entered in this case should be reduced by $44,867.01.

On April 17, 2014, at the sentencing in the above-captioned matter, the Defendant tendered to the United States a cashier's check/money order in the amount of $20,000.00 to pay towards the

1

outstanding Money Judgment. The Court finds that the Money Judgment entered in this case should be reduced by that amount of $20,000.00.

On April 24, 2014, the Texarkana Clerk's Office received and deposited a check in the amount of $15,132.99 drawn on Martinez Auto Sales, LLC (check #4667) account from the First National Bank of Dequeen. The check reference Case 4:13CR40027-001. That check was deposited by the Clerk's office and should be applied toward the satisfaction of the money judgment.

Accordingly, it is hereby ORDERED, ADJUDGED, AND DECREED:

1. That the Defendant, Martinez Auto Sales, LLC, is hereby awarded a credit of $80,000.00 against the previously entered Money Judgment in this case;

2. That the United States of America is hereby given a judgment of forfeiture against the $20,000.00 cashier's check/money order submitted by the Defendant at sentencing on April 17, 2014 and against the interest therein of any and all persons or entities having or claiming an interest against the funds. Title to the $20,000.00 cashier's check/money order is hereby vested in the United States of America;

3. The $20,000.00 cashier's check/money order is hereby referred to the custody of the Department of Treasury for disposition in accordance with law and regulations;

4. That the Clerk's Office is hereby ordered to direct payment to the Department of Treasury in the amount of $15,132.99 so that amount may be credited towards the defendant's money judgment. Additionally that payment of $15,132.00 is hereby vested in the United States of America and against the interest therein of any and all persons or entities having

2

or claiming an interest against the funds.

5. This Court hereby finds that the deposit of $15,132.99 from check # 4667 with the Clerk's office that was drawn on the account of Martinez Auto Sales, LLC, from the First National Bank of Dequeen on April 24, 2014, should be forfeited to the United States, referred to the Department of Treasury and disposed of in accordance with applicable law and regulations.

6. Pursuant to Federal Rule of Criminal Procedure 32.2(c)(1), no ancillary proceeding is required to the extent that a forfeiture consists of a money judgment;

7. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), any order of forfeiture becomes final as to the Defendant at sentencing; and

8. Accordingly, the money judgment of $80,000 in this case is hereby satisfied.

IT IS SO ORDERED this 10th day of June, 2014.

_____
Susan O. Hickey
United States District Court Judge

Approved as to Form and Content:

_____
Benjamin Wulff, Assistant U.S. Attorney

_____
David Graham, Attorney for Defendant

_____
Virgilio Morales Martinez,
Qualified representative of Martinez Auto Sales, LLC

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUN 10 2014
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK